IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02020-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DARREN J. GARCIA,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Letter to the Court complaining harassment by his court-appointed public defender, the district attorney, and the state court judge in connection with a pending or recent state criminal action.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   __   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or

|       |     | habeas application |
|-------|-----|---------------------|
| (9)   |     | An original and a copy have not been received by the court. Only an original has been received. |
| (10)  | xx  | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:
| (11) | xx | is not submitted |
|------|----|------------------|
| (12) |    | is not on proper form (must use the court's current form) |
| (13) |    | is missing an original signature by the prisoner |
| (14) |    | is missing page nos. ___ |
| (15) |    | uses et al. instead of listing all parties in caption |
| (16) |    | An original and a copy have not been received by the court. Only an original has been received. |
| (17) |    | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) |    | names in caption do not match names in text |
| (19) |    | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, this action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 2, 2012, at Denver, Colorado.

BY THE COURT:

 /s Boyd N. Boland
United States Magistrate Judge