IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02020-BNB

DARREN J. GARCIA, a/k/a Marrissa,

    Plaintiff,

v.

DENVER SHERIFF PRESS LIA[IS]ON, Unknown,
DENVER POLICE PRESS LIA[IS]ON, Unknown, and
ADAMS COUNTY POLICE LIA[IS], Unknown,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Darren J. Garcia a/k/a Marrissa, is currently detained in the Denver County Jail. Mr. Garcia initiated this action by filing a Letter with the Court on August 1, 2012. In response to the Court's August 2, 2012 Order Directing Plaintiff to Cure Deficiencies, Plaintiff filed a Prisoner Complaint on August 16, 2012 pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983 asserting an alleged deprivation of his constitutional rights. Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and has paid an initial partial filing fee.

    On September 18, 2012, Magistrate Judge Boyd N. Boland reviewed the Complaint and determined that it was deficient because it failed to allege facts to show that the Defendants violated the Plaintiff's constitutional rights. Accordingly, Magistrate Judge Boland ordered Plaintiff to file an amended complaint within thirty days. The September 18 Order warned Plaintiff that failure to submit an amended complaint by the court-ordered deadline would result in dismissal of this action without further notice.

Plaintiff has not filed an amended complaint as directed by the September 18 Order.  Although Plaintiff has filed two letters with the Court, on October 1 and 5, 2012, the letters do not discuss the Court's September 18 Order or request an extension of time to file an amended complaint.  Accordingly, the Court will dismiss this action without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for the failure of Plaintiff, Darren J. Garcia, a/k/a Marissa, to comply with the Court's September 18, 2012 Order Directing Plaintiff to File Amended Complaint and for failure to prosecute this action.  It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Plaintiff has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Plaintiff may file a motion in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  31st  day of    October   , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court