IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02020-LTB

DARREN J. GARCIA, a/k/a Marrissa,

    Plaintiff,

v.

DENVER SHERIFF PRESS LIA[IS]ON, Unknown,
DENVER POLICE PRESS LIA[IS]ON, Unknown, and
ADAMS COUNTY POLICE LIA[IS], Unknown,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 31, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 31 day of October, 2012.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/  S. Grimm
                                  Deputy Clerk